UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICIA LAWSON and EDWARD LAWSON**            **PLAINTIFFS**

**V.**            **CIVIL ACTION NO.1:07CV764 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**            **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [50] of State Farm Fire and Casualty Company for summary judgment will be **HELD IN ABEYANCE** for fourteen days from the date of this order;

That on or before July 7, 2008, one or both of the plaintiffs shall file an affidavit specifying what storm damage, if any, they discovered to the property insured by State Farm Fire and Casualty Company after their settlement agreement was signed on August 9, 2006.  This affidavit shall specifically identify the parts of the insured property that were subject to this previously undiscovered damage and shall contain an estimate of the amount of this damage;

That this motion for summary judgment will be decided in light of the facts set out in the plaintiffs' affidavits.

**SO ORDERED** this 18th day of June, 2008.

           s/ L. T. Senter, Jr.
           L. T. SENTER, JR.
           SENIOR JUDGE